NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD ALBERTY,                           )
                                           )
        Appellant,                         )
                                           )
v.                                         )          Case No.  2D14-285
                                           )
JEC ONE, LLC, a Maryland limited           )
liability company,                         )
                                           )
        Appellee.                          )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Charlotte
County; Joseph G. Foster, Judge.

Andrea S. Cunell of The Cunell Law Firm,
P.A., Miami (withdrew after briefing), for
Appellant.

Richard Alberty, pro se.

Roger H. Miller III and Fletcher H. Rush
of Farr, Farr Emerich, Hackett and Carr,
P.A., for Appellee.


PER CURIAM.


                Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.